IN THE COURT OF APPEALS
FOURTH DISTRICT OF TEXAS
SAN ANTONIO, TEXAS
=========================

No. 04-17-00356-CR
=========================

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2017 SEP 25 AM 11:59

KEITH E. HOTTLE, CLERK

Ex Parte ENRIQUEZ,
                    Appellant

=========================

APPELLANT'S NOTICE OF DESIGNATION OF LEAD COUNSEL

TO THE HONORABLE JUSTICES OF SAID COURT:

Juan Enriquez, Appellant, herein designates Ray J. McQuary, Attorney, as lead counsel in this case by providing the information and signatures required by Rule 6.1(a)&(b), Texas Rules of Appellate Procedure.

Ray J. McQuary
Attorney at Law
5 Kingwood Villas Court              _____
Kingwood, Texas 77339               Ray J. McQuary
Tel: 281-793-9515
raymcquary@aol.com
SBN: 13849600

                              Respectfully submitted,

                              Juan Enriquez
                              227122
                              TDCJ-Terrell
                              1300 FM 655
                              Rosharon, Texas 77583

Certificate of Service

I, Juan Enriquez, certify that a copy of the above notice was served by U.S. mail on September 20, 2017, addressed to Mr. Robert Lipo, Assistant District Attorney, 81st Judicial District, 1105 A. Street, Floresville, Texas 78114.

                              Juan Enriquez

JUAN ENRIQUEZ

227122

TDCJ-JERRELL

1300 FM 655

ROSHARON, TX 77583

NORTH HOUSTON TX 773

23 SEP 2017 PM 5 L

CLERK
FOURTH COURT OF APPEALS
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TX 78205

78205-303795

2017 SEP 25 AM 11 58
IN THE COURT OF APPEALS
AT SAN ANTONIO
FILED
KEITH HOTTLE, CLERK